# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

       v.                                    Crim. No. 5:12-CR-165-1FL

HECTOR ABNER LARA MILAN, JR.

     On August 5, 2010, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                 Respectfully submitted,

/s/Michael C. Brittain                             /s/Linwood E. King  
Michael C. Brittain                                       Linwood E. King  
Senior U.S. Probation Officer                  U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this   3rd   day of   June  , 2015.

                                                          Louise W. Flanagan  
                                                          U.S. District Judge